## (May 13, 1983)

█ In the Matter of EASTERN MILK PRODUCERS COOPERATIVE ASSOCIATION, INC., Petitioner, v STATE OF NEW YORK DEPARTMENT OF AGRICULTURE AND MARKETS et al., Respondents. — Motion for reargument granted, without costs. Petitioner may file and serve a supplemental brief on or before June 6, 1983. Respondent may file and serve a supplemental brief on or before June 27, 1983. Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.